## MOTION DOCKET

**93–1887.** Kokitka v. Ford Motor Co. *Cuyahoga County,* No. 62410. On motion for admission *pro hac vice* of Lawrence C. Marshall. Motion granted.

**93–2476.** Pitts v. Mobile Tank Car Serv., Inc. *Cuyahoga County,* Nos. 62927, 62928 and 62929. On motion for leave to file additional supplement. Motion granted.

**93–2494.** State v. King. *Cuyahoga County,* Nos. 63821 and 63822. On request for findings of fact and conclusions of law. Request denied.

**94–1133.** State ex rel. Nichols v. Cuyahoga Cty. Bd. of Mental Health & Developmental Disabilities. *Cuyahoga County,* No. 66315. On motion to strike. Motion granted.

MOYER, C.J., WRIGHT and PFEIFER, JJ., dissent.